AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| United States of America<br>v.<br>**Paul Flores** | )<br>)<br>)<br>)<br>)<br>) | Case No. SA-09-CR-774-009-FB |
| Defendant | | |

FILED SEP 1 3 2016 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Paul Flores**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☒ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

See attached petition

Date: 08/19/2016

_____
*Issuing officer's signature*

City and state: San Antonio

Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/19/16, and the person was arrested on *(date)* 9/5/16
at *(city and state)* MEDINA COUNTY.

Date: 9/7/16

For: MEDINA CO SHERIFF'S DEPT.
*Arresting officer's signature*

By: Preston Browning / USMS SUPERVISOR
*Printed name and title*